UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                             §
                                   §
MONDRAGON, BONIFACIO G.            §        Case No. 13-11292
MONDRAGON, MARIA G.                §
                                   §
                                   §
         Debtor(s)                 §

TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on
   . The undersigned trustee was appointed on                    .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]             $

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____ By:/s/Elizabeth C. Berg_____
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

FORM 1 - Successor Trustee Report
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 1
Exhibit A

| Case No: | 13-11292 DRC Judge: DONALD R. CASSLING | | | Trustee Name: | Elizabeth C. Berg |
|---|---|---|---|---|---|
| Case Name: | MONDRAGON, BONIFACIO G. | | | Date Filed (f) or Converted (c): | 03/20/13 (f) |
| | MONDRAGON, MARIA G. | | | 341(a) Meeting Date: | 04/29/13 |
| For Period Ending: | 09/30/14 | | | Claims Bar Date: | 09/03/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. Propertly located at 984 Highland Avenue, Elgin, I | 400,000.00 | 0.00 | | 0.00 | FA |
| 2. Property located at 1000 Highland Avenue, Elgin, I | 154,000.00 | 0.00 | | 0.00 | FA |
| 3. Property located at 316 Adams Street, Elgin, Illin | 89,900.00 | 0.00 | | 0.00 | FA |
| 4. Property located at 370 Bent Street, Elgin, Illino | 62,000.00 | 0.00 | | 0.00 | FA |
| 5. Property located at 967 Oakley Avenue, Elgin, Illi | 128,000.00 | 0.00 | | 0.00 | FA |
| 6. Cash | 500.00 | 0.00 | | 0.00 | FA |
| 7. Elgin State Bank Checking Account ending 5601 | 0.00 | 0.00 | | 0.00 | FA |
| 8. Household furnishings and media | 3,000.00 | 0.00 | | 0.00 | FA |
| 9. Artwork | 500.00 | 0.00 | | 0.00 | FA |
| 10. Clothing | 150.00 | 0.00 | | 0.00 | FA |
| 11. Wedding Rings | 100.00 | 0.00 | | 0.00 | FA |
| 12. Bonifacio Mondragon d/b/a Millenium 2000 Sole Prop | 0.00 | 0.00 | | 0.00 | FA |
| 13. Amount owed from clients of debtor's business. Pr<br>uncollectible-more than 2 years old | 40,000.00 | 0.00 | | 0.00 | FA |
| 14. Personal Loan to Boguslaw Zajac<br>TR invesigated scheduled personal loan and determined Zajac loan uncollectible due to financial condition. | 37,000.00 | 0.00 | | 0.00 | FA |
| 15. Personal Loan to Erika Ostrander, 2800 N. Pine Gro<br>Trustee contacted Ostrander and investigated alleged loan. Determined Ostrander held valid defenses and determined no value to estate. | 35,000.00 | 0.00 | | 0.00 | FA |
| 16. Illinois real estate broker license | 0.00 | 0.00 | | 0.00 | FA |
| 17. Realtor customer list | 0.00 | 0.00 | | 0.00 | FA |
| 18. 2004 Infiniti QX56 | 8,725.00 | 0.00 | | 0.00 | FA |
| 19. 2005 Chevrolet Silverado 1500 Pick-up Owned by deb<br>sold pursuant to court order 7/11/13 | 3,700.00 | 3,700.00 | | 3,700.00 | FA |
| 20. 2005 Jeep Grand Cherokee | 5,000.00 | 3,300.00 | | 3,300.00 | FA |

LFORM1  UST Form 101-7-TFR (5/1/2011) *(Page: 3)*    Ver: 18.01

FORM 1 - Successor Trustee Report
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 2
Exhibit A

| Case No: | 13-11292 DRC Judge: DONALD R. CASSLING | Trustee Name: | Elizabeth C. Berg |
|---|---|---|---|
| Case Name: | MONDRAGON, BONIFACIO G. | Date Filed (f) or Converted (c): | 03/20/13 (f) |
| | MONDRAGON, MARIA G. | 341(a) Meeting Date: | 04/29/13 |
| | | Claims Bar Date: | 09/03/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| sold pursuant to court order 7/11/13 | | | | | |
| 21. Office equipment | 150.00 | 0.00 | | 0.00 | FA |
| 22. Real Estate Commissions - Earned Pre-Petition (u) | 0.00 | 10,300.00 | | 10,300.00 | FA |
| Trustee investigated value of unpaid commissions earned by Debtor (B. Mondragon) pre-petition; Trustee settled with Debtors pursuant to court order 9/19/13 to recover payments over 15 months | | | | | |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $967,725.00 | $17,300.00 | | $17,300.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee sold estate's interest in two vehicles back to the debtor for a total of $7,000. Trustee reached an agreement
with the Debtors to settle the estate's claim for pre-petition real estate commissions for $10,300.00. The Debtors made
a down payment of $3500, has made all subsequent consecutive monthly payments of $566.66 to satisfy settlement amount.
All payments have been received.   Trustee reviewed claims and oversaw preparation of Estate tax returns.

Initial Projected Date of Final Report (TFR): 12/31/14       Current Projected Date of Final Report (TFR): 10/15/14

FORM 2 - Successor Trustee Report

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit B

| Case No: | 13-11292 -DRC | | Trustee Name: | Elizabeth C. Berg |
| Case Name: | MONDRAGON, BONIFACIO G. | | Bank Name: | Associated Bank |
| | MONDRAGON, MARIA G. | | Account Number / CD #: | *******5984 Checking Account |
| Taxpayer ID No: | *******8836 | | | |
| For Period Ending: | 09/30/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/20/13 | | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | 12,709.61 | | 12,709.61 |
| 01/02/14 | 22 | BONIFACIO G. MONDRAGON<br>MARIA G. MONDRAGON<br>984 W. HIGHLAND DRIVE<br>ELGIN, IL 60123 | Installment 5 - RE Commissions | 1249-000 | 566.66 | | 13,276.27 |
| 01/08/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 13,266.27 |
| 02/03/14 | 22 | Bonafacio & Maria Mondragon<br>984 W. Highland Avenue<br>Elgin IL 60123 | Installment 6 - RE Commissions | 1249-000 | 566.66 | | 13,832.93 |
| 02/06/14 | 005001 | International Sureties, Ltd.<br>Suite 420<br>701 Poydras Street<br>New Orleans, LA 70139 | 2013 Bond Premium<br>Bond Number: #016026455 | 2300-000 | | 9.51 | 13,823.42 |
| 02/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 19.67 | 13,803.75 |
| 03/03/14 | 22 | Bonafacio & Maria Mondragon<br>984 W. Highland Avenue<br>Elgin IL 60123 | Installment 7 - RE Commissions | 1249-000 | 566.66 | | 14,370.41 |
| 03/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 18.49 | 14,351.92 |
| 04/02/14 | 22 | Bonafacio & Maria Mondragon<br>984 W. Highland Avenue<br>Elgin IL 60123 | Installment 8 - RE Commissions | 1249-000 | 566.66 | | 14,918.58 |
| 04/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 21.28 | 14,897.30 |
| 05/01/14 | 22 | Bonafacio & Maria Mondragon<br>984 W. Highland Avenue<br>Elgin IL 60123 | Installment 9 - RE Commissions | 1249-000 | 566.66 | | 15,463.96 |
| 05/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 21.41 | 15,442.55 |
| 06/02/14 | 22 | Bonafacio & Maria Mondragon<br>984 W. Highland Avenue | Installment 10 - RE Commissions | 1249-000 | 566.66 | | 16,009.21 |

Page Subtotals         16,109.57         100.36

FORM 2 - Successor Trustee Report

Page: 2

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 13-11292 -DRC | | Trustee Name: | Elizabeth C. Berg |
| Case Name: | MONDRAGON, BONIFACIO G. | | Bank Name: | Associated Bank |
| | MONDRAGON, MARIA G. | | Account Number / CD #: | *******5984 Checking Account |
| Taxpayer ID No: | *******8836 | | | |
| For Period Ending: | 09/30/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Elgin IL 60123 | | | | | |
| 06/06/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 22.96 | 15,986.25 |
| 07/08/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 22.97 | 15,963.28 |
| 07/16/14 | 22 | Bonafacio & Maria Mondragon | Installment 11 - RE Commissions | 1249-000 | 566.66 | | 16,529.94 |
| | | 984 W. Highland Avenue | | | | | |
| | | Elgin IL 60123 | | | | | |
| 08/01/14 | 22 | Bonafacio & Maria Mondragon | Installment 12 - RE Commissions | 1249-000 | 566.66 | | 17,096.60 |
| | | 984 W. Highland Avenue | | | | | |
| | | Elgin IL 60123 | | | | | |
| 08/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 24.17 | 17,072.43 |
| 08/27/14 | 22 | COLLEEN G THOMAS, LTD. | Final Payment - RE Commissions | 1249-000 | 0.08 | | 17,072.51 |
| | | 30 NORTH WESTERN AVENUE | | | | | |
| | | CARPENTERSVILLE, IL 60110-1731 | | | | | |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 17,242.97 | 170.46 | 17,072.51 |
| Less: Bank Transfers/CD's | 12,709.61 | 0.00 | |
| Subtotal | 4,533.36 | 170.46 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 4,533.36 | 170.46 | |

Page Subtotals  1,133.40  70.10

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*

LFORM24

Ver: 18.01

FORM 2 - Successor Trustee Report

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3

Exhibit B

| Case No: | 13-11292 -DRC | | Trustee Name: | Elizabeth C. Berg |
|---|---|---|---|---|
| Case Name: | MONDRAGON, BONIFACIO G. | | Bank Name: | Congressional Bank |
| | MONDRAGON, MARIA G. | | Account Number / CD #: | *******1237 Checking Account |
| Taxpayer ID No: | *******8836 | | | |
| For Period Ending: | 09/30/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/12/13 | 19, 20 | Tiara Mondragon & Fernando Juarez<br>984 W. Highland Avenue<br>Elgin IL 60123 | Settlement - Vehicles | 1129-000 | 7,000.00 | | 7,000.00 |
| 08/05/13 | | Congressional Bank<br>6500 Rock Spring Drive<br>Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee - Jul 13 | 2600-000 | | 10.00 | 6,990.00 |
| 08/12/13 | 22 | Tiara Mondragon & Fernando Juarez<br>984 W. Highland Avenue<br>Elgin IL 60123 | Real Estate Commissions | 1249-000 | 3,500.00 | | 10,490.00 |
| 09/10/13 | 22 | Bonafacio & Maria Mondragon<br>984 W. Highland Avenue<br>Elgin IL 60123 | Installment 1 - RE Commissions | 1249-000 | 566.66 | | 11,056.66 |
| 09/11/13 | | Congressional Bank<br>6500 Rock Spring Drive<br>Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee - Aug 13 | 2600-000 | | 11.14 | 11,045.52 |
| 10/01/13 | 22 | Bonafacio & Maria Mondragon<br>984 W. Highland Avenue<br>Elgin IL 60123 | Installment 2 - RE Commissions | 1249-000 | 566.66 | | 11,612.18 |
| 10/03/13 | | Congressional Bank<br>6500 Rock Spring Drive<br>Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee - Sep 13 | 2600-000 | | 11.16 | 11,601.02 |
| 11/01/13 | 22 | Bonafacio & Maria Mondragon<br>984 W. Highland Avenue<br>Elgin IL 60123 | Installment 3 - RE Commissions | 1249-000 | 566.66 | | 12,167.68 |
| 11/05/13 | | Congressional Bank<br>6500 Rock Spring Drive | Monthly Bank Service Fee - Oct 13 | 2600-000 | | 12.30 | 12,155.38 |
| | | | | Page Subtotals | 12,199.98 | 44.60 | |

LFORM24  UST Form 101-7-TFR (5/1/2011) *(Page: 7)*

Ver: 18.01

FORM 2 - Successor Trustee Report

Page: 4

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 13-11292 -DRC | Trustee Name: | Elizabeth C. Berg |
|---|---|---|---|
| Case Name: | MONDRAGON, BONIFACIO G. | Bank Name: | Congressional Bank |
|  | MONDRAGON, MARIA G. | Account Number / CD #: | *******1237 Checking Account |
| Taxpayer ID No: | *******8836 |  |  |
| For Period Ending: | 09/30/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/03/13 | 22 | Suite 300<br>Bethesda, MD 20817<br>Bonafacio & Maria Mondragon<br>984 W. Highland Avenue<br>Elgin  IL  60123 | Installment 4 - RE Commissions | 1249-000 | 566.66 |  | 12,722.04 |
| 12/05/13 |  | CONGRESSIONAL BANK | Bank Service Charge | 2600-000 |  | 12.43 | 12,709.61 |
| 12/20/13 |  | Trsf To Associated Bank | FINAL TRANSFER | 9999-000 |  | 12,709.61 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 12,766.64 | 12,766.64 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 12,709.61 |  |
| Subtotal | 12,766.64 | 57.03 |  |
| Less:  Payments to Debtors |  | 0.00 |  |
| Net | 12,766.64 | 57.03 |  |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********5984 | 4,533.36 | 170.46 | 17,072.51 |
| Checking Account - ********1237 | 12,766.64 | 57.03 | 0.00 |
|  | ------------------------ | ------------------------ | ------------------------ |
|  | 17,300.00 | 227.49 | 17,072.51 |
|  | ============ | ============ | ============ |
|  | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals        566.66        12,722.04

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: September 30, 2014 |

Case Number: 13-11292  
Debtor Name: MONDRAGON, BONIFACIO G.

Claim Class, Priority Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>2100-00 | Elizabeth C. Berg, Trustee<br>c/o Baldi Berg, Ltd.<br>20 N. Clark Street #200<br>Chicago IL 60602 | Administrative | | $2,480.00 | $0.00 | $2,480.00 |
| 001<br>3110-00 | Baldi Berg, Ltd.<br>20 N. Clark Street, Ste. 200<br>Chicago, IL 60602 | Administrative | | $4,694.00 | $0.00 | $4,694.00 |
| 001<br>3310-00 | Popowcer Katten Ltd.<br>35 East Wacker Drive<br>Sutie 1500<br>Chicago IL 60601 | Administrative | | $808.50 | $0.00 | $808.50 |
| 001<br>2200-00 | Elizabeth C. Berg, Trustee<br>c/o Baldi Berg, Ltd.<br>20 N. Clark Street #200<br>Chicago IL 60602 | Administrative | | $17.60 | $0.00 | $17.60 |
| 001<br>3120-00 | Baldi Berg, Ltd.<br>20 N. Clark Street, Ste. 200<br>Chicago, IL 60602 | Administrative | | $61.48 | $0.00 | $61.48 |
| BOND 999<br>2300-00 | International Sureties, Ltd.<br>Suite 420<br>701 Poydras Street<br>New Orleans, LA 70139 | Administrative | 2221655984   02/06/14   5001 | $9.51<br>9.51 | $9.51 | $0.00 |
| | Subtotal for Class Administrative | | | $8,071.09 | $9.51 | $8,061.58 |
| 000001<br>070<br>7100-00 | Asset Acceptance LLC assignee BANK OF AMERICA<br>PO Box 2036<br>Warren, MI 48090 | Unsecured | | $30,991.91 | $0.00 | $30,991.91 |
| 000002<br>070<br>7100-00 | Asset Acceptance LLC assignee FIFTH THIRD BANK<br>PO Box 2036<br>Warren, MI 48090 | Unsecured | | $6,519.20 | $0.00 | $6,519.20 |
| 000003<br>070<br>7100-00 | Asset Acceptance LLC assignee FIFTH THIRD BANK<br>PO Box 2036<br>Warren, MI 48090 | Unsecured | | $19,412.94 | $0.00 | $19,412.94 |
| 000004<br>070<br>7100-00 | Capital One Bk (USA), N.A.<br>by American InfoSource LP<br>as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | (4-1) Modified on 6/25/13 to correct creditors address(vr) | $26,809.28 | $0.00 | $26,809.28 |
| 000005<br>070<br>7100-00 | Capital One Bk (USA), N.A.<br>by American InfoSource LP<br>as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | (5-1) Modified on 6/25/13 to correct creditors address(vr) | $1,280.78 | $0.00 | $1,280.78 |

Page 2                              EXHIBIT C                                    Date: September 30, 2014
                              ANALYSIS OF CLAIMS REGISTER

Case Number:  13-11292                    Claim Class, Priority Sequence
Debtor Name:  MONDRAGON, BONIFACIO G.

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000006 070 7100-00 | FIA CARD SERVICES, N.A. P O Box 982284 El Paso, TX 79998-2238 | Unsecured | | $1,783.98 | $0.00 | $1,783.98 |
| 000007 070 7100-00 | Christopher Franco c/o Dale G. Haake Katz, Huntoon & Fieweger, P.C. 1000 36th Avenue Moline, IL 61265 | Unsecured | | $211,790.00 | $0.00 | $211,790.00 |
| 000008 070 7100-00 | Nicor Gas Po box 549 Aurora il 60507 | Unsecured | | $665.37 | $0.00 | $665.37 |
| 000009 070 7100-00 | American Express Centurion Bank c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | Unsecured | (9-1) CREDIT CARD DEBT | $581.26 | $0.00 | $581.26 |
| | Subtotal for Class Unsecured | | | $299,834.72 | $0.00 | $299,834.72 |
| | Case Totals: | | | $307,905.81 | $9.51 | $307,896.30 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

                                                                                                                            Exhibit D

Case No.: 13-11292  
Case Name: MONDRAGON, BONIFACIO G.  
               MONDRAGON, MARIA G.  
Trustee Name: Elizabeth C. Berg

        Balance on hand                                          $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Elizabeth C. Berg | $ | $ | $ |
| Trustee Expenses: Elizabeth C. Berg | $ | $ | $ |
| Attorney for Trustee Fees: Baldi Berg, Ltd. | $ | $ | $ |
| Attorney for Trustee Expenses: Baldi Berg, Ltd. | $ | $ | $ |
| Accountant for Trustee Fees: Popowcer Katten Ltd. | $ | $ | $ |
| Other: International Sureties, Ltd. | $ | $ | $ |

      Total to be paid for chapter 7 administrative expenses          $_____  
      Remaining Balance                                                 $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $      must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Asset Acceptance LLC assignee BANK OF AMERICA | $ | $ | $ |
| 000002 | Asset Acceptance LLC assignee FIFTH THIRD BANK | $ | $ | $ |
| 000003 | Asset Acceptance LLC assignee FIFTH THIRD BANK | $ | $ | $ |
| 000004 | Capital One Bk (USA), N.A. | $ | $ | $ |
| 000005 | Capital One Bk (USA), N.A. | $ | $ | $ |
| 000006 | FIA CARD SERVICES, N.A. | $ | $ | $ |
| 000007 | Christopher Franco | $ | $ | $ |
| 000008 | Nicor Gas | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000009 | American Express Centurion Bank | $ | $ | $ |

      Total to be paid to timely general unsecured creditors    $_____

      Remaining Balance    $_____

      Tardily filed claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

      Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE