# UNITED STATES BANKRUPTCY COURT
NORTHERN **DISTRICT OF** ILLINOIS
EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| MONDRAGON, BONIFACIO G. | § | Case No. 13-11292 |
| MONDRAGON, MARIA G. | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Elizabeth C. Berg, Ch. 7 Trustee, trustee of the above styled estate, has filed a Final Report and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Mr. Jeffrey P. Allsteadt
Clerk of the U.S. Bankruptcy Court
219 S. Dearborn Street
7th Floor
Chicago   IL   60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at :

10:30 a.m.
on Friday, November 7, 2014
in Courtroom 240 of the Kane County Courthouse
100 South 3rd Street, Geneva, Illinois

If no objections are filed, upon entry of an order on the fee applications, the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____            By: Jeffrey P. Allsteadt _____

*Elizabeth C. Berg, Ch. 7 Trustee*
*20 N. Clark St., Suite 200*
*Chicago, IL 60602*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| MONDRAGON, BONIFACIO G. | § | Case No. 13-11292 |
| MONDRAGON, MARIA G. | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 17,300.00 |
| and approved disbursements of | $ | 227.49 |
| leaving a balance on hand of[1] | $ | 17,072.51 |

Claims of secured creditors will be paid as follows:

### NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Elizabeth C. Berg, Ch. 7 Trustee | $ 2,480.00 | $ 0.00 | $ 2,480.00 |
| Trustee Expenses: Elizabeth C. Berg, Ch. 7 Trustee | $ 17.60 | $ 0.00 | $ 17.60 |
| Attorney for Trustee Fees: Baldi Berg, Ltd. | $ 4,694.00 | $ 0.00 | $ 4,694.00 |
| Attorney for Trustee Expenses: Baldi Berg, Ltd. | $ 61.48 | $ 0.00 | $ 61.48 |
| Accountant for Trustee Fees: Popowcer Katten Ltd. | $ 808.50 | $ 0.00 | $ 808.50 |
| Other: International Sureties, Ltd. | $ 9.51 | $ 9.51 | $ 0.00 |
| Total to be paid for chapter 7 administrative expenses | $ | | 8,061.58 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

Remaining Balance $ 9,010.93

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 299,834.72 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 3.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Asset Acceptance LLC assignee BANK OF AMERICA | $ 30,991.91 | $ 0.00 | $ 931.40 |
| 000002 | Asset Acceptance LLC assignee FIFTH THIRD BANK | $ 6,519.20 | $ 0.00 | $ 195.92 |
| 000003 | Asset Acceptance LLC assignee FIFTH THIRD BANK | $ 19,412.94 | $ 0.00 | $ 583.42 |
| 000004 | Capital One Bk (USA), N.A. | $ 26,809.28 | $ 0.00 | $ 805.70 |
| 000005 | Capital One Bk (USA), N.A. | $ 1,280.78 | $ 0.00 | $ 38.49 |
| 000006 | FIA CARD SERVICES, N.A. | $ 1,783.98 | $ 0.00 | $ 53.61 |
| 000007 | Christopher Franco | $ 211,790.00 | $ 0.00 | $ 6,364.92 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000008 | Nicor Gas | $ 665.37 | $ 0.00 | $ 20.00 |
| 000009 | American Express Centurion Bank | $ 581.26 | $ 0.00 | $ 17.47 |

| | | |
|---|---|---|
| Total to be paid to timely general unsecured creditors | $ | 9,010.93 |
| Remaining Balance | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ _____

Elizabeth C. Berg, Successor Trustee

*Elizabeth C. Berg, Ch. 7 Trustee*
*20 N. Clark St., Suite 200*
*Chicago, IL 60602*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 13-11292-DRC
Bonifacio G. Mondragon                                             Chapter 7
Maria G. Mondragon
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: arodarte          Page 1 of 3          Date Rcvd: Oct 15, 2014
                             Form ID: pdf006          Total Noticed: 68


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 17, 2014.
```
db/jdb        +Bonifacio G. Mondragon,   Maria G. Mondragon,   984 W. Highland Avenue,   Elgin, IL 60123-5260
20205290      ++AMO RECOVERIES INC,   5655 PEACHTREE PARKWAY,   SUITE 213,   NORCROSS GA 30092-2828
              (address filed with court: AMO Recoveries,   6737 W. Washington Street, Suite 3118,
              West Allis, WI  53214)
20205291       ARS National Services, Inc.,   P.O. Box 463023,   Escondido, CA  92046-3023
20205287      +Accounts Receivable Management, Inc.,   P.O. Box 129,   Thorofare, NJ 08086-0129
20205288      #+Adrian And Terri Pasternik,   316 Adams Street,   Elgin, IL 60123-7530
20205289       American Express,   P.O. Box 981535,   El Paso, TX  79998-1535
20922705       American Express Centurion Bank,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
20205292      +Associated Recovery Systems,   P.O. Box 469046,   Escondido, CA 92046-9046
20205294       Bank Of America Home Loans,   P.O. Box 5170,   Simi Valley, CA  93062-5170
20205295      +Bank Of America, N.A.,   Mail Id #Ca6-914-01-43,   1800 Tapo Canyon Road,
              Simi Valley, CA 93063-6712
20205296       Capital One,   P.O. Box 85167,   Richmond, VA  23285-5167
20638659       Capital One Bk (USA), N.A.,   by American InfoSource LP,   as agent,   PO Box 71083,
              Charlotte, NC 28272-1083
20205297      +Charter One,   1 Citizens Drive,   Riverside, RI 02915-3019
20205298       Chase,   P.O. Box 15298,   Wilmington, DE  19850-5298
20205299       Chase Card Services,   P.O. Box 15298,   Wilmington, DE  19850-5298
20205300       Chase Card Services,   P.O. Box 15548,   Wilmington, DE  19886-5548
20205301       Chase Home Finance LLC,   P.O. Box 44118,   Jacksonville, FL  32231-4118
20205302       Chase/National Geographic,   P.O. Box 15298,   Wilmington, DE  19850-5298
20205303       Chase/United Mileage Plus,   P.O. Box 15298,   Wilmington, DE  19850-5298
20492726      +Christopher Franco,   c/o Dale G. Haake,   Katz, Huntoon & Fieweger, P.C.,   1000 36th Avenue,
              Moline, IL 61265-7126
20205304       CitiBusiness Card/Home Depot,   P.O. Box 6235,   Sioux Falls, SD  57117-6235
20205305      +Client Services, Inc.,   3451 Harry Truman Blvd.,   St. Charles, MO 63301-9816
20306306      +Codilis & Associates, P.C.,   15W030 N. Frontage Road, Suite 100,   Burr Ridge, IL 60527-6921
20205307       Computer Credit, Inc.,   P.O Box 5238,   Winston-Salem, NC  27113-5238
20205308       Consumer Financial Services,   1052 Donahue Avenue,   Elgin, IL 60120-2447
20205309       Desirie And Alan Frey,   370 Bent , Rear Apartment,   Elgin, IL 60120-0000
20205311      +Earth Co.,   400 Bent Street,   Elgin, IL 60120-7834
20205312      +Echelon Recovery Inc.,   P.O. Box 1880,   Vorhees, NJ 08043-7880
20649840      +FIA CARD SERVICES, N.A.,   P O Box 982284,   El Paso, TX 79998-2284
20205313      ++FIFTH THIRD BANK,   MD# ROPS05 BANKRUPTCY DEPT,   1850 EAST PARIS SE,
              GRAND RAPIDS MI 49546-6253
              (address filed with court: Fifth Third Bank,   MD 1MOC2G-4050,   38 Fountain Square Plaza,
              Cincinnati, OH  45263)
20205314      +Fisher And Shapiro, LLC,   2121 Waukegan Road, Suite 301,   Bannockburn, IL 60015-1831
20205315       Fox Valley Laboratory Physicians S.C.,   P.O. Box 5133,   Chicag, IL  60680-5133
20205316      +Fulton Friedman & Gullace, LLP,   P.O. Box 2123,   Warren, MI  48090-2123
20205317      +Harris & Harris, Ltd.,   222 Merchandise Mart Plaza, #1900,   Chicago, IL 60654-1421
20205318       Illinois Collection Service, Inc.,   P.O. Box 1010,   Tinley Park, IL  60477-9110
20222818       JPMorgan Chase Bank, N.A.,   c/o Five Lakes Agency, Inc.,   P.O. Box 80730,
              Rochester, MI  48308-0730
20205320      +Loyola Medicine,   Two Westbrook Corporate Center, Suite 60,   Westchester, IL 60154-5702
20205321      +Loyola University Medical Center,   2160 S. First Avenue,   Maywood, IL 60153-3328
20205322      +Malcomi S. Gerald & Assoc.,   332 S. Michigan Avenue, #600,   Chicago, IL 60604-4318
20205324       Medicredit, Inc.,   P.O. Box 1022,   Wixom, MI  48393-1022
20205284      +Mondragon Bonifacio G,   984 W Highland Avenue,   Elgin, IL 60123-5260
20205285      +Mondragon Maria G,   984 W Highland Avenue,   Elgin, IL 60123-5260
20205327      +Northstar Location Services, LLC,   4285 Genesee Street,   Cheektowaga, NY  14225-1943
20205328      +Palisades Collection, LLC,   P.O. Box 1244,   Englewood Cliffs, NJ 07632-0244
20205329      +Retail Services - Menards,   P.O. Box 15521,   Wilmington, DE  19850-5521
20205330      +Sears Credit Card Services,   P.O. Box 6282,   Sioux Falls, SD 57117-6282
20205331      +Sherman Analytics,   P.O Box 1538,   Elgin, IL 60121-1538
20205332      +Sherman Hospital,   1425 N. Randall Road,   Elgin, IL 60123-2300
20205333      +St. Alexius Medical Center,   22589 Network Place,   Chicago, IL  60673-1225
20205334      +St. Edward Central Catholic High School,   335 Locust Street,   Elgin, IL 60123-6397
20205335       Stephen T. Fieweger,   Katz, Huntoon & Fieweger, P.C.,   1000 - 36th Avenue,
              Moline, IL  61265-7126
20205336       Target National Bank,   C/O Target Credit Services,   P.O. Box 1581,
              Minneapolis, MN  55440-1581
20205286      +Thomas Law Office,   30 North Western Avenue,   Carpentersville, IL 60110-1731
20205337      +Tim And Linda Sammons,   1000 Highland Avenue,   Elgin, IL 60123-5220
20205338       Wachovia,   P.O. Box 659558,   San Antonio, TX  78265-9558
20205339      +Well Fargo Home Mortgage,   P.O. Box 10335,   Des Moines, IA 50306-0335
20234144      +Wells Fargo Bank, N.A.,   C/O,   Pierce & Associates,   1 N. Dearborn Ste 1300,
              Chicago, IL 60602-4373
20205342      +Wolpoff & Abramson, LLP,   702 King Farm Blvd.,   Rockville, MD 20850-5777
```

District/off: 0752-1          User: arodarte          Page 2 of 3          Date Rcvd: Oct 15, 2014
                              Form ID: pdf006          Total Noticed: 68

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
20615653      +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Oct 16 2014 02:00:05
               Asset Acceptance LLC assignee  BANK OF AMERICA,   PO Box 2036,    Warren, MI 48090-2036
20615661      +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Oct 16 2014 02:00:05
               Asset Acceptance LLC assignee  FIFTH THIRD BANK,   PO Box 2036,    Warren, MI 48090-2036
20205310       E-mail/PDF: mrdiscen@discoverfinancial.com Oct 16 2014 02:10:55     Discover,   P.O. Box 30421,
               Salt Lake City, UT  84130-0421
20205319      +E-mail/Text: bankruptcy@leadingedgerecovery.com Oct 16 2014 02:00:20
               Leading Edge Recovery Solutions,   5440 N. Cumberland Avenue, #300,    Chicago, IL 60656-1486
20205323       Fax: 847-227-2151 Oct 16 2014 08:15:36   Medical Recovery Specialists, Inc.,
               2250 E. Devon Avenue, Suite 352,   Des Plaines, IL  60018-4519
20205325      +E-mail/Text: info@nelsonwatson.com Oct 16 2014 02:01:09     Nelson, Watson & Associates, LLC,
               80 Merrimack Street, Lower Level,   Haverhill, MA 01830-5202
20205326       E-mail/Text: bankrup@aglresources.com Oct 16 2014 01:58:52      Nicor Gas,   P.O. Box 190,
               Aurora, IL  60507-0190
20919921      +E-mail/Text: bankrup@aglresources.com Oct 16 2014 01:58:52      Nicor Gas,   Po box 549,
               Aurora il 60507-0549
20205340      +E-mail/Text: BKRMailOps@weltman.com Oct 16 2014 02:00:24     Weltman, Weinberg & Reis Co.,
               323 W. Lakeside Avenue, #200,   Cleveland, OH 44113-1099
20205341      +E-mail/Text: BKRMailOps@weltman.com Oct 16 2014 02:00:24
               Weltman, Weinberg & Reis Co., L.P.A.,   180 N. LaSalle Street, Suite 2400,
               Chicago, IL 60601-2704
                                                                                TOTAL: 10

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
20205293       ##Bank Of America,   P.O. Box 15026,   Wilmington, DE  19850-5026
                                                                          TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 17, 2014                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 14, 2014 at the address(es) listed below:
              Andrew J Nelson    on behalf of Creditor   Wells Fargo Bank, N.A. anelson@atty-pierce.com,
               northerndistrict@atty-pierce.com
              Colleen G. Thomas     on behalf of Joint Debtor Maria G. Mondragon colleenthomaslaw@aol.com
              Colleen G. Thomas     on behalf of Debtor Bonifacio G. Mondragon colleenthomaslaw@aol.com
              Colleen G. Thomas     on behalf of Defendant Bonifacio G Mondragon colleenthomaslaw@aol.com
              Dale G. Haake    on behalf of Creditor Christopher  Franco dhaake@katzlawfirm.com,
               ebrooks@katzlawfirm.com;jcook@katzlawfirm.com
              Dana N O'Brien    on behalf of Creditor   Wells Fargo Bank, N.A. dobrien@atty-pierce.com,
               northerndistrict@atty-pierce.com
              Elizabeth C Berg    on behalf of Accountant   Lois West and the Firm of Popowcer Katten LTD
               bergtrustee@baldiberg.com,   eberg@ecf.epiqsystems.com,jmanola@baldiberg.com
              Elizabeth C Berg    on behalf of Attorney Elizabeth C Berg ecberg@ameritech.net
              Elizabeth C Berg    bergtrustee@baldiberg.com,   eberg@ecf.epiqsystems.com,jmanola@baldiberg.com
              Elizabeth C Berg    on behalf of Trustee Elizabeth C Berg ecberg@ameritech.net
              Jessica S Naples    on behalf of Creditor   JPMorgan Chase Bank, National Association
               ND-Two@il.cslegal.com

District/off: 0752-1               User: arodarte                Page 3 of 3                Date Rcvd: Oct 15, 2014
                                   Form ID: pdf006               Total Noticed: 68

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Patrick S Layng      USTPRegion11.ES.ECF@usdoj.gov
                                                                                          TOTAL: 12