# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
### DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| MONDRAGON, BONIFACIO G. | § | Case No. 13-11292 |
| MONDRAGON, MARIA G. | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Elizabeth C. Berg, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned:
*(Without deducting any secured claims)*

Assets Exempt:

Total Distributions to Claimants:

Claims Discharged
Without Payment:

Total Expenses of Administration:

---

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        (see **Exhibit 2**), yielded net receipts of $             from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on             .  The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/Elizabeth C. Berg, Trustee _____
                                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | AMO Recoveries 6737 W. Washington Street, Suite 3118 West Allis, WI  53214 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank Of America Home Loans P.O. Box 5170 Simi Valley, CA 93062-5170 | | | | | |
| | Bank Of America, N.A. Mail Id #Ca6-914-01-43 1800 Tapo Canyon Road Simi Valley, CA 93063 | | | | | |
| | Chase Home Finance LLC P.O. Box 44118 Jacksonville, FL 32231-4118 | | | | | |
| | Chase Home Finance LLC P.O. Box 44118 Jacksonville, FL 32231-4118 | | | | | |
| | Codilis & Associates, P.C. 15W030 N. Frontage Road, Suite 100 Burr Ridge, IL 60527 | | | | | |
| | Consumer Financial Services 1052 Dundee Avenue Elgin, IL 60120 | | | | | |
| | Echelon Recovery Inc. P.O. Box 1880 Vorhees, NJ 08043-0000 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Fisher And Shapiro, LLC 2121 Waukegan Road, Suite 301 Bannockburn, IL  60015 | | | | | |
| | Wachovia P.O. Box 659558 San Antonio, TX  78265-9558 | | | | | |
| | Wachovia P.O. Box 659558 San Antonio, TX  78265-9558 | | | | | |
| | Well Fargo Home Mortgage P.O. Box 10335 Des Moines, IA  50306 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ELIZABETH C. BERG | | | | | |
| ELIZABETH C. BERG | | | | | |
| INTL SURETIES | | | | | |
| Associated Bank | | | | | |
| CONGRESSIONAL BANK | | | | | |
| BALDI BERG | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BALDI BERG | | | | | |
| POPOWCER KATTEN, LTD. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ARS National Services, Inc. P.O. Box 463023 Escondido, CA  92046-3023 | | | | | |
| | Accounts Receivable Management, Inc. P.O. Box 129 Thorofare, NJ  08066-0129 | | | | | |
| | Associated Recovery Systems P.O. Box 469046 Escondido, CA  92029-9046 | | | | | |
| | Bank Of America P.O. Box 15026 Wilmington, DE 19850-5026 | | | | | |
| | Capital One P.O. Box 85167 Richmond, VA  23285-5167 | | | | | |
| | Charter One 1 Citizens Drive Riverside, RI  02915 | | | | | |
| | Chase Card Services P.O. Box 15298 Wilmington, DE 19850-5298 | | | | | |
| | Chase Card Services P.O. Box 15548 Wilmington, DE 19886-5548 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase P.O. Box 15298 Wilmington, DE  19850-5298 | | | | | |
| | Chase/National Geographic P.O. Box 15298 Wilmington, DE  19850-5298 | | | | | |
| | Chase/United Mileage Plus P.O. Box 15298 Wilmington, DE  19850-5298 | | | | | |
| | Chase/United Mileage Plus P.O. Box 15298 Wilmington, DE  19850-5298 | | | | | |
| | CitiBusiness Card/Home Depot P.O. Box 6235 Sioux Falls, SD  57117-6235 | | | | | |
| | Client Services, Inc. 3451 Harry Truman Blvd. St. Charles, MO  63301-4047 | | | | | |
| | Computer Credit, Inc. P.O Box 5238 Winston-Salem, NC 27113-5238 | | | | | |
| | Consumer Financial Services 1052 Dundee Avenue Elgin, IL  60120 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Discover P.O. Box 30421 Salt Lake City, UT  84130-0421 | | | | | |
| | Earth Co. 400 Bent Street Elgin, IL  60120 | | | | | |
| | Fox Valley Laboratory Physicians S.C. P.O. Box 5133 Chicag, IL  60680-5133 | | | | | |
| | Fulton Friedman & Gullace, LLP P.O. Box 2123 Warren, MI  48090-2123 | | | | | |
| | Fulton Friedman & Gullace, LLP P.O. Box 2123 Warren, MI  48090-2123 | | | | | |
| | Harris & Harris, Ltd. 222 Merchandise Mart Plaza, #1900 Chicago, IL  60654-0000 | | | | | |
| | Illinois Collection Service, Inc. P.O. Box 1010 Tinley Park, IL  60477-9110 | | | | | |
| | Leading Edge Recovery Solutions 5440 N. Cumberland Avenue, #300 Chicago, IL  60656-1490 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Leading Edge Recovery Solutions 5440 N. Cumberland Avenue, #300 Chicago, IL  60656-1490 | | | | | |
| | Loyola Medicine Two Westbrook Corporate Center, Suite 60 Westchester, IL 60154 | | | | | |
| | Loyola University Medical Center 2160 S. First Avenue Maywood, IL  60153 | | | | | |
| | Malcoml S. Gerald & Assoc. 332 S. Michigan Avenue, #600 Chicago, IL  60604-0000 | | | | | |
| | Medical Recovery Specialists, Inc. 2250 E. Devon Avenue, Suite 352 Des Plaines, IL 60018-4519 | | | | | |
| | Medicredit, Inc. P.O. Box 1022 Wixom, MI  48393-1022 | | | | | |
| | Nelson, Watson & Associates, LLC 80 Merrimack Street, Lower Level Haverhill, MA 01830-0000 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Northstar Location Services, LLC 4285 Genesee Street Cheektowaga, NY  14225-1943 | | | | | |
| | Palisades Collection, LLC P.O. Box 1244 Englewood Cliffs, NJ  07632-0000 | | | | | |
| | Retail Services - Menards P.O. Box 15521 Wilmington, DE  19850-5521 | | | | | |
| | Sears Credit Card Services P.O. Box 6282 Sioux Falls, SD  57717-6282 | | | | | |
| | Sherman Analytics P.O Box 1538 Elgin, IL  60121 | | | | | |
| | Sherman Hospital 1425 N. Randall Road Elgin, IL  60123 | | | | | |
| | St. Alexius Medical Center 22589 Network Place Chicago, IL  60673-1225 | | | | | |
| | St. Alexius Medical Center 22589 Network Place Chicago, IL  60673-1225 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | St. Edward Central Catholic High School 335 Locust Street Elgin, IL  60123 | | | | | |
| | Stephen T. Fieweger Katz, Huntoon & Fieweger, P.C. 1000 - 36th Avenue Moline, IL  61265-7126 | | | | | |
| | Target National Bank C/O Target Credit Services P.O. Box 1581 Minneapolis, MN 55440-1581 | | | | | |
| | Weltman, Weinberg & Reis Co. 323 W. Lakeside Avenue, #200 Cleveland, OH  44113-1009 | | | | | |
| | Weltman, Weinberg & Reis Co., L.P.A. 180 N. LaSalle Street, Suite 2400 Chicago, IL 60601 | | | | | |
| | Weltman, Weinberg & Reis Co., L.P.A. 180 N. LaSalle Street, Suite 2400 Chicago, IL 60601 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Weltman, Weinberg & Reis Co., L.P.A. 180 N. LaSalle Street, Suite 2400 Chicago, IL 60601 | | | | | |
| | Wolpoff & Abramson, LLP 702 King Farm Blvd. Rockville, MD  20850-5775 | | | | | |
| 000009 | AMERICAN EXPRESS CENTURION BANK | | | | | |
| 000001 | ASSET ACCEPTANCE LLC ASSIGNEE BANK | | | | | |
| 000002 | ASSET ACCEPTANCE LLC ASSIGNEE FIFTH | | | | | |
| 000003 | ASSET ACCEPTANCE LLC ASSIGNEE FIFTH | | | | | |
| 000004 | CAPITAL ONE BK (USA), N.A. | | | | | |
| 000005 | CAPITAL ONE BK (USA), N.A. | | | | | |
| 000007 | CHRISTOPHER FRANCO | | | | | |
| 000006 | FIA CARD SERVICES, N.A. | | | | | |
| 000008 | NICOR GAS | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| | | | | | |
|---|---|---|---|---|---|
| Case No: | 13-11292 | DRC | Judge: DONALD R. CASSLING | | |

Case Name: MONDRAGON, BONIFACIO G.
MONDRAGON, MARIA G.

For Period Ending: 03/03/15

Trustee Name: Elizabeth C. Berg, Trustee
Date Filed (f) or Converted (c): 03/20/13 (f)
341(a) Meeting Date: 04/29/13
Claims Bar Date: 09/03/13

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Propertly located at 984 Highland Avenue, Elgin, I | 400,000.00 | 0.00 | | 0.00 | FA |
| 2. Property located at 1000 Highland Avenue, Elgin, I | 154,000.00 | 0.00 | | 0.00 | FA |
| 3. Property located at 316 Adams Street, Elgin, Illin | 89,900.00 | 0.00 | | 0.00 | FA |
| 4. Property located at 370 Bent Street, Elgin, Illino | 62,000.00 | 0.00 | | 0.00 | FA |
| 5. Property located at 967 Oakley Avenue, Elgin, Illi | 128,000.00 | 0.00 | | 0.00 | FA |
| 6. Cash | 500.00 | 0.00 | | 0.00 | FA |
| 7. Elgin State Bank Checking Account ending 5601 | 0.00 | 0.00 | | 0.00 | FA |
| 8. Household furnishings and media | 3,000.00 | 0.00 | | 0.00 | FA |
| 9. Artwork | 500.00 | 0.00 | | 0.00 | FA |
| 10. Clothing | 150.00 | 0.00 | | 0.00 | FA |
| 11. Wedding Rings | 100.00 | 0.00 | | 0.00 | FA |
| 12. Bonifacio Mondragon d/b/a Millenium 2000 Sole Prop | 0.00 | 0.00 | | 0.00 | FA |
| 13. Amount owed from clients of debtor's business. Pr uncollectible-more than 2 years old | 40,000.00 | 0.00 | | 0.00 | FA |
| 14. Personal Loan to Boguslaw Zajac TR invesigated scheduled personal loan and determined Zajac loan uncollectible due to financial condition. | 37,000.00 | 0.00 | | 0.00 | FA |
| 15. Personal Loan to Erika Ostrander, 2800 N. Pine Gro Trustee contacted Ostrander and investigated alleged loan. Determined Ostrander held valid defenses and determined no value to estate. | 35,000.00 | 0.00 | | 0.00 | FA |
| 16. Illinois real estate broker license | 0.00 | 0.00 | | 0.00 | FA |
| 17. Realtor customer list | 0.00 | 0.00 | | 0.00 | FA |
| 18. 2004 Infiniti QX56 | 8,725.00 | 0.00 | | 0.00 | FA |
| 19. 2005 Chevrolet Silverado 1500 Pick-up Owned by deb sold pursuant to court order 7/11/13 | 3,700.00 | 3,700.00 | | 3,700.00 | FA |
| 20. 2005 Jeep Grand Cherokee | 5,000.00 | 3,300.00 | | 3,300.00 | FA |

LFORM1

UST Form 101-7-TDR (10/1/2010) (Page: 15)

Ver: 18.04

FORM 1

Page: 2

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

Exhibit 8

**ASSET CASES**

| Case No: | 13-11292 | DRC | Judge: DONALD R. CASSLING | | Trustee Name: | Elizabeth C. Berg, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | MONDRAGON, BONIFACIO G. | | | | Date Filed (f) or Converted (c): | 03/20/13 (f) |
| | MONDRAGON, MARIA G. | | | | 341(a) Meeting Date: | 04/29/13 |
| | | | | | Claims Bar Date: | 09/03/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| sold pursuant to court order 7/11/13 | | | | | |
| 21. Office equipment | 150.00 | 0.00 | | 0.00 | FA |
| 22. Real Estate Commissions - Earned Pre-Petition (u) | 0.00 | 10,300.00 | | 10,300.00 | FA |
| Trustee investigated value of unpaid commissions earned by Debtor (B. Mondragon) pre-petition; Trustee settled with Debtors pursuant to court order 9/19/13 to recover payments over 15 months | | | | | |

|  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $967,725.00 | $17,300.00 | $17,300.00 | $0.00 |
|  |  |  |  | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

October 29, 2014:  Trustee sold estate's interest in two vehicles back to the debtor for a total of $7,000. Trustee
reached an agreement with the Debtors to settle the estate's claim for pre-petition real estate commissions for
$10,300.00. The Debtors made a down payment of $3500, has made all subsequent consecutive monthly payments of $566.66 to
satisfy settlement amount.  All payments have been received.  Trustee reviewed claims and oversaw preparation of
Estate tax returns.

Initial Projected Date of Final Report (TFR): 12/31/14       Current Projected Date of Final Report (TFR): 10/14/14

Page: 1

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No:        13-11292  -DRC  
Case Name:   MONDRAGON, BONIFACIO G.  
MONDRAGON, MARIA G.  

Taxpayer ID No:  *******8836  
For Period Ending: 03/03/15

Trustee Name:          Elizabeth C. Berg, Trustee  
Bank Name:            Associated Bank  
Account Number / CD #:   *******5984  Checking Account  

Blanket Bond (per case limit):  $ 5,000,000.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/20/13 | | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | 12,709.61 | | 12,709.61 |
| 01/02/14 | 22 | BONIFACIO G. MONDRAGON MARIA G. MONDRAGON 984 W. HIGHLAND DRIVE ELGIN, IL 60123 | Installment 5 - RE Commissions | 1249-000 | 566.66 | | 13,276.27 |
| 01/08/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 13,266.27 |
| 02/03/14 | 22 | Bonafacio & Maria Mondragon 984 W. Highland Avenue Elgin  IL  60123 | Installment 6 - RE Commissions | 1249-000 | 566.66 | | 13,832.93 |
| 02/06/14 | 005001 | International Sureties, Ltd. Suite 420 701Poydras Street New Orleans,  LA  70139 | 2013 Bond Premium Bond Number:  #016026455 | 2300-000 | | 9.51 | 13,823.42 |
| 02/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 19.67 | 13,803.75 |
| 03/03/14 | 22 | Bonafacio & Maria Mondragon 984 W. Highland Avenue Elgin  IL  60123 | Installment 7 - RE Commissions | 1249-000 | 566.66 | | 14,370.41 |
| 03/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 18.49 | 14,351.92 |
| 04/02/14 | 22 | Bonafacio & Maria Mondragon 984 W. Highland Avenue Elgin  IL  60123 | Installment 8 - RE Commissions | 1249-000 | 566.66 | | 14,918.58 |
| 04/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 21.28 | 14,897.30 |
| 05/01/14 | 22 | Bonafacio & Maria Mondragon 984 W. Highland Avenue Elgin  IL  60123 | Installment 9 - RE Commissions | 1249-000 | 566.66 | | 15,463.96 |
| 05/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 21.41 | 15,442.55 |
| 06/02/14 | 22 | Bonafacio & Maria Mondragon 984 W. Highland Avenue | Installment 10 - RE Commissions | 1249-000 | 566.66 | | 16,009.21 |

Page Subtotals          16,109.57          100.36

Ver: 18.04

FORM 2                                                                                      Page:  2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                          Exhibit 9

| Case No: | 13-11292  -DRC | Trustee Name: | Elizabeth C. Berg, Trustee |
| Case Name: | MONDRAGON, BONIFACIO G. | Bank Name: | Associated Bank |
|  | MONDRAGON, MARIA G. | Account Number / CD #: | *******5984  Checking Account |
| Taxpayer ID No: | *******8836 |  |  |
| For Period Ending: | 03/03/15 | Blanket Bond (per case limit): | $  5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  | Elgin  IL  60123 |  |  |  |  |  |
| 06/06/14 |  | Associated Bank | BANK SERVICE FEE | 2600-000 |  | 22.96 | 15,986.25 |
| 07/08/14 |  | Associated Bank | BANK SERVICE FEE | 2600-000 |  | 22.97 | 15,963.28 |
| 07/16/14 | 22 | Bonafacio & Maria Mondragon | Installment 11 - RE Commissions | 1249-000 | 566.66 |  | 16,529.94 |
|  |  | 984 W. Highland Avenue |  |  |  |  |  |
|  |  | Elgin  IL  60123 |  |  |  |  |  |
| 08/01/14 | 22 | Bonafacio & Maria Mondragon | Installment 12 - RE Commissions | 1249-000 | 566.66 |  | 17,096.60 |
|  |  | 984 W. Highland Avenue |  |  |  |  |  |
|  |  | Elgin  IL  60123 |  |  |  |  |  |
| 08/07/14 |  | Associated Bank | BANK SERVICE FEE | 2600-000 |  | 24.17 | 17,072.43 |
| 08/27/14 | 22 | COLLEEN G THOMAS, LTD. | Final Payment - RE Commissions | 1249-000 | 0.08 |  | 17,072.51 |
|  |  | 30 NORTH WESTERN AVENUE |  |  |  |  |  |
|  |  | CARPENTERSVILLE, IL 60110-1731 |  |  |  |  |  |
| 11/12/14 | 005002 | Elizabeth C. Berg, Trustee | Trustee Final Compensatoin | 2100-000 |  | 2,480.00 | 14,592.51 |
|  |  | c/o Baldi Berg, Ltd. |  |  |  |  |  |
|  |  | 20 N. Clark Street  #200 |  |  |  |  |  |
|  |  | Chicago  IL  60602 |  |  |  |  |  |
| 11/12/14 | 005003 | Elizabeth C. Berg, Trustee | Trustee Final Compensatoin | 2200-000 |  | 17.60 | 14,574.91 |
|  |  | c/o Baldi Berg, Ltd. |  |  |  |  |  |
|  |  | 20 N. Clark Street  #200 |  |  |  |  |  |
|  |  | Chicago  IL  60602 |  |  |  |  |  |
| 11/12/14 | 005004 | Baldi Berg, Ltd. | Attorney for TR Fees (TR Firm) | 3110-000 |  | 4,694.00 | 9,880.91 |
|  |  | 20 N. Clark Street, Ste. 200 |  |  |  |  |  |
|  |  | Chicago, IL 60602 |  |  |  |  |  |
| 11/12/14 | 005005 | Baldi Berg, Ltd. | Attorneys' Expense Reimbursement | 3120-000 |  | 61.48 | 9,819.43 |
|  |  | 20 N. Clark Street, Ste. 200 |  |  |  |  |  |
|  |  | Chicago, IL 60602 |  |  |  |  |  |
| 11/12/14 | 005006 | Popowcer Katten Ltd. | TR Accountant's Fees | 3310-000 |  | 808.50 | 9,010.93 |
|  |  | 35 East Wacker Drive |  |  |  |  |  |
|  |  | Sutie 1500 |  |  |  |  |  |

Page Subtotals                                        1,133.40        8,131.68

Ver: 18.04

FORM 2   Page:   3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 13-11292  -DRC |
| Case Name: | MONDRAGON, BONIFACIO G. |
| | MONDRAGON, MARIA G. |
| Taxpayer ID No: | *******8836 |
| For Period Ending: | 03/03/15 |

| | |
|---|---|
| Trustee Name: | Elizabeth C. Berg, Trustee |
| Bank Name: | Associated Bank |
| Account Number / CD #: | *******5984  Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Chicago  IL  60601 | | | | | |
| 11/12/14 | 005007 | Asset Acceptance LLC assignee BANK OF AMERICA<br>PO Box 2036<br>Warren, MI 48090 | Claim 000001, Payment 3.01% | 7100-000 | | 931.40 | 8,079.53 |
| 11/12/14 | 005008 | Asset Acceptance LLC assignee FIFTH THIRD BANK<br>PO Box 2036<br>Warren, MI 48090 | Claim 000002, Payment 3.01% | 7100-000 | | 195.92 | 7,883.61 |
| 11/12/14 | 005009 | Asset Acceptance LLC assignee FIFTH THIRD BANK<br>PO Box 2036<br>Warren, MI 48090 | Claim 000003, Payment 3.01% | 7100-000 | | 583.42 | 7,300.19 |
| 11/12/14 | 005010 | Capital One Bk (USA), N.A.<br>by American InfoSource LP<br>as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Claim 000004, Payment 3.01% | 7100-000 | | 805.70 | 6,494.49 |
| 11/12/14 | 005011 | Capital One Bk (USA), N.A.<br>by American InfoSource LP<br>as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Claim 000005, Payment 3.01% | 7100-000 | | 38.49 | 6,456.00 |
| 11/12/14 | 005012 | FIA CARD SERVICES, N.A.<br>P O Box 982284<br>El Paso, TX 79998-2238 | Claim 000006, Payment 3.01% | 7100-000 | | 53.61 | 6,402.39 |
| 11/12/14 | 005013 | Christopher Franco<br>c/o Dale G. Haake<br>Katz, Huntoon & Fieweger, P.C.<br>1000 36th Avenue | Claim 000007, Payment 3.01% | 7100-000 | | 6,364.92 | 37.47 |

Page Subtotals          0.00          8,973.46

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   4

Exhibit 9

| Case No: | 13-11292 -DRC | Trustee Name: | Elizabeth C. Berg, Trustee |
|---|---|---|---|
| Case Name: | MONDRAGON, BONIFACIO G. | Bank Name: | Associated Bank |
| | MONDRAGON, MARIA G. | Account Number / CD #: | *******5984 Checking Account |
| Taxpayer ID No: | *******8836 | | |
| For Period Ending: | 03/03/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/12/14 | 005014 | Moline, IL 61265<br>Nicor Gas<br>Po box 549<br>Aurora il 60507 | Claim 000008, Payment 3.01% | 7100-000 | | 20.00 | 17.47 |
| 11/12/14 | 005015 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000009, Payment 3.01% | 7100-000 | | 17.47 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 17,242.97 | 17,242.97 | 0.00 |
| Less: Bank Transfers/CD's | 12,709.61 | 0.00 | |
| Subtotal | 4,533.36 | 17,242.97 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 4,533.36 | 17,242.97 | |

Page Subtotals       0.00       37.47

Ver: 18.04

FORM 2

Page: 5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 13-11292 -DRC |
| Case Name: | MONDRAGON, BONIFACIO G. |
| | MONDRAGON, MARIA G. |
| Taxpayer ID No: | *******8836 |
| For Period Ending: | 03/03/15 |

| | |
|---|---|
| Trustee Name: | Elizabeth C. Berg, Trustee |
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******1237 Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/12/13 | 19, 20 | Tiara Mondragon & Fernando Juarez 984 W. Highland Avenue Elgin IL 60123 | Settlement - Vehicles | 1129-000 | 7,000.00 | | 7,000.00 |
| 08/05/13 | | Congressional Bank 6500 Rock Spring Drive Suite 300 Bethesda, MD 20817 | Monthly Bank Service Fee - Jul 13 | 2600-000 | | 10.00 | 6,990.00 |
| 08/12/13 | 22 | Tiara Mondragon & Fernando Juarez 984 W. Highland Avenue Elgin IL 60123 | Real Estate Commissions | 1249-000 | 3,500.00 | | 10,490.00 |
| 09/10/13 | 22 | Bonafacio & Maria Mondragon 984 W. Highland Avenue Elgin IL 60123 | Installment 1 - RE Commissions | 1249-000 | 566.66 | | 11,056.66 |
| 09/11/13 | | Congressional Bank 6500 Rock Spring Drive Suite 300 Bethesda, MD 20817 | Monthly Bank Service Fee - Aug 13 | 2600-000 | | 11.14 | 11,045.52 |
| 10/01/13 | 22 | Bonafacio & Maria Mondragon 984 W. Highland Avenue Elgin IL 60123 | Installment 2 - RE Commissions | 1249-000 | 566.66 | | 11,612.18 |
| 10/03/13 | | Congressional Bank 6500 Rock Spring Drive Suite 300 Bethesda, MD 20817 | Monthly Bank Service Fee - Sep 13 | 2600-000 | | 11.16 | 11,601.02 |
| 11/01/13 | 22 | Bonafacio & Maria Mondragon 984 W. Highland Avenue Elgin IL 60123 | Installment 3 - RE Commissions | 1249-000 | 566.66 | | 12,167.68 |
| 11/05/13 | | Congressional Bank 6500 Rock Spring Drive | Monthly Bank Service Fee - Oct 13 | 2600-000 | | 12.30 | 12,155.38 |

Page Subtotals 12,199.98 44.60

Ver: 18.04

FORM 2                                                                                          Page:   6

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                              Exhibit 9

| | |
|---|---|
| Case No: | 13-11292  -DRC |
| Case Name: | MONDRAGON, BONIFACIO G. |
| | MONDRAGON, MARIA G. |
| Taxpayer ID No: | *******8836 |
| For Period Ending: | 03/03/15 |

| | |
|---|---|
| Trustee Name: | Elizabeth C. Berg, Trustee |
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******1237  Checking Account |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/03/13 | 22 | Suite 300<br>Bethesda, MD 20817<br>Bonafacio & Maria Mondragon<br>984 W. Highland Avenue<br>Elgin  IL  60123 | Installment 4 - RE Commissions | 1249-000 | 566.66 | | 12,722.04 |
| 12/05/13 | | CONGRESSIONAL BANK | Bank Service Charge | 2600-000 | | 12.43 | 12,709.61 |
| 12/20/13 | | Trsf To Associated Bank | FINAL TRANSFER | 9999-000 | | 12,709.61 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 12,766.64 | 12,766.64 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 12,709.61 | |
| Subtotal | 12,766.64 | 57.03 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 12,766.64 | 57.03 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account - *******5984 | 4,533.36 | 17,242.97 | 0.00 |
| Checking Account - *******1237 | 12,766.64 | 57.03 | 0.00 |
| | 17,300.00 | 17,300.00 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

| | | |
|---|---|---|
| Page Subtotals | 566.66 | 12,722.04 |

Ver: 18.04

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 22)*